**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CALVIONA LYNISE BROWN** | **CIVIL ACTION** |
| **VERSUS** | **No. 25-1902** |
| **EPIC FEDERAL CREDIT UNION, ET AL.** | **SECTION I** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge,[1] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Calviona Lynise Brown's claims against defendants Jade Ealy, High Level Hearing Technology, LLC, and Lana Joseph are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 21.

New Orleans, Louisiana, May 22, 2026.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 50.