UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALVIONA LYNISE BROWN                                CIVIL ACTION

VERSUS                                               No. 25-1902

EPIC FEDERAL CREDIT UNION, ET AL.                    SECTION I

## ORDER AND REASONS

Before the Court is defendant Equifax Inc.'s motion[1] to dismiss plaintiff Calviona Lynise Brown's ("plaintiff") original complaint[2] against it. Equifax Inc. asserts that it was the incorrect defendant for plaintiff's Fair Credit Reporting Act ("FCRA") claims because it is not a credit reporting agency ("CRA").[3] In response, plaintiff filed her first amended complaint,[4] naming Equifax Information Services, LLC as a defendant with respect to her FCRA claims and omitting Equifax Inc. However, plaintiff has not filed a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure with respect to Equifax Inc.

Considering plaintiff's voluntary replacement of Equifax Information Services, LLC for Equifax Inc. in her amended complaint and her contention that "[t]he Amended Complaint is the operative pleading . . . the original complaint is moot,"[5] the Court will exercise its authority pursuant to Federal Rule of Civil Procedure 21

---

[1] R. Doc. No. 26.
[2] R. Doc. No. 1.
[3] R. Doc. No. 26, at 4–5.
[4] R. Doc. No. 32.
[5] R. Doc. No. 45, at 2.

to dismiss defendant Equifax Inc. from this action. "On motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21; *see also United States v. O'Neil*, 709 F.2d 361, 369 (5th Cir. 1983).

Additionally, the parties are not prejudiced by Equifax Inc.'s dismissal—the case is still in the early stages of litigation, the plaintiff has now joined the proper Equifax defendant, and she appears to have abandoned her claims against Equifax Inc. As such, the Court will dismiss plaintiff's claims against Equifax Inc. without prejudice. *See DirecTV, Inc. v. Leto*, 467 F.3d 842, 845 (3d Cir. 2006) (finding that defendants "drop[ped]" from a case pursuant to Rule 21 are dismissed from the case without prejudice"); *Nat'l Rifle Ass'n of Am. v. Ackerman McQueen, Inc.*, No. 19-2074, 2021 WL 3022903, at *8 (N.D. Tex. July 16, 2021) (determining that dismissal of a defendant without prejudice was appropriate where the case was in its "early stages" and the parties would not incur additional litigation expense). Accordingly,

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 21, plaintiff's claims against Equifax Inc. are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Equifax Inc.'s motion[6] to dismiss is **DISMISSED AS MOOT**.

New Orleans, Louisiana, June 24, 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[6] R. Doc. No. 26.

2